IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE COOPER,

    Petitioner,               No. 2:13- cv-0307 EFB P

    vs.

PAUL COPENHAVER,

    Respondent.           ORDER

_____/

    Petitioner, a federal prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner was convicted in the United States District Court for the Eastern District of Pennsylvania, but he is confined at the United States Penitentiary, Atwater, located in Merced County. Petitioner contends that he may challenge his sentence under § 2241 in the custodial court, rather than under 28 U.S.C. § 2255 in the court of conviction, because the remedy under § 2255 is inadequate or ineffective to test the legality of his detention. *See Hernandez v. Campbell*, 204 F.3d 861, 864-65 (9th Cir. 2000); 28 U.S.C. § 2255(e). Since petitioner is confined in Merced County, this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

////

1 | Accordingly, it is hereby ordered that:

2 | 1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 7, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE